# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. OLIVER, SR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SUPERIOR COURT, et al., <br><br> Defendants. | Case No.: 12cv01504 LJO DLB <br><br> ORDER TRANSFERING ACTION <br> TO SACRAMENTO DIVISION |

Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division, pursuant to Local Rule 120.

IT IS SO ORDERED.

Dated: **September 17, 2012**          /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

1