# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. OLIVER, SR., et al., | Case No.: 12cv01504 LJO DLB |
| Plaintiffs, | ORDER TRANSFERING ACTION TO SACRAMENTO DIVISION |
| vs. | |
| SUPERIOR COURT, et al., | |
| Defendants. | |

Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division, pursuant to Local Rule 120.

IT IS SO ORDERED.

Dated:   **September 17, 2012**            /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

1